Because we determine that Johnson cannot meet AEDPA's filing requirements for his successive petition, *see* § 2244(b)(2)(B), we need not address the State's argument that the petition is untimely, *see* § 2244(d)(1), or procedurally barred based upon the TCCA's dismissal of the successive petition as an abuse of the writ, *see* Tex.Code Crim. Proc. Ann. art. 11.071, § 5.

## CONCLUSION

Accordingly and for the foregoing reasons, we affirm the district court's dismissal of Johnson's successive habeas petition for failure to meet the requirements of § 2244(b).

AFFIRMED.

Before JONES, Chief Judge, and KING, JOLLY, HIGGINBOTHAM, DAVIS, SMITH, WIENER, BARKSDALE, GARZA, DeMOSS, BENAVIDES, STEWART, DENNIS, CLEMENT, PRADO and OWEN, Circuit Judges.

BY THE COURT:

A majority of judges in active service having determined, on the Court's own motion, to rehear this case en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

**Billy Ray NELSON, Petitioner–Appellant,**

**v.**

**Doug DRETKE, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.**

No. 02–11096.

United States Court of Appeals, Fifth Circuit.

March 13, 2006.

Jack Knox Wall, Law Office of J.K. Rusty Wall, Midland, TX, for Nelson.

Deni S. Garcia, Austin, TX, for Dretke.

**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**John Kenneth COIL, Defendant–Appellant.**

No. 04–51110.

United States Court of Appeals, Fifth Circuit.

March 14, 2006.

